UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 4:19cr66-15 |
| | ) |
| CHRISTINA MOORE | ) |

**O R D E R**

The defendant waived her right to a preliminary hearing pursuant to Federal Rule of Criminal Procedure 32.1(b)(1). The Court finds that there is probable cause to believe that the defendant has violated the terms and conditions of supervised release and, therefore, should appear for a revocation hearing before the assigned district judge in this matter.

**SO ORDERED** this 1st day of June, 2023.

_____
**CHRISTOPHER L. RAY**
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA